**David KIERST, Juvenile Officer, Respondent,**

v.

**L.A.H., Appellant.**

**No. WD 54005.**

Missouri Court of Appeals, Western District.

Dec. 30, 1997.

Madonna L. Limberg, Kansas City, for Appellant.

Robert Schieber, Kansas City, for Respondent.

Before LOWENSTEIN, P.J., and BRECKENRIDGE and HANNA, JJ.

## ORDER

PER CURIAM.

The juvenile, L.A.H., appeals from the Family Court's decision to sustain the juvenile officer's motion to modify the juvenile's prior disposition. The issue on appeal was whether the evidence was sufficient to prove his possession of a controlled substance. Section 195.202, RSMo 1994. We affirm. Rule 84.16(b) V.A.M.R.